# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTIN GERARD CAWLEY,
                Appellant,
vs.
HANNAH SMITH CAWLEY,
                Respondent.

No. 70086

FILED

SEP 01 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order setting child support and arrears. Eighth Judicial District Court, Family Court Division, Clark County; William S. Potter, Judge.

This appeal was docketed in this court on April 5, 2016. On May 25, 2016, this court issued a notice directing appellant to file the transcript request form, or certificate of no transcript request, within 15 days and a docketing statement within 20 days. *See* NRAP 9(b) & 14(b). When appellant failed to comply, we entered an order on July 27, 2016, directing appellant to file the documents within 11 days. We cautioned appellant that failure to comply timely with our order may result in the dismissal of this appeal. *See* NRAP 9(a)(7); NRAP 14(c). To date appellant has failed to file the required documents. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-27236

cc: Hon. William S. Potter, District Judge, Family Court Division
Martin Gerard Cawley
Clark County District Attorney
Eighth District Court Clerk